NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> GEORGE LOWRY WEEKS, <br><br> Defendant - Appellant. | No. 24-1426 <br><br> D.C. No. <br> 1:18-cr-00014-SPW-1 <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted September 17, 2024[**]

Before:     WARDLAW, BADE, and H.A. THOMAS, Circuit Judges.

George Lowry Weeks appeals from the district court's judgment revoking

supervised release and imposing a sentence of 7 months' imprisonment and 18

months' supervised release. Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Weeks's counsel has filed a brief stating that there are no grounds for

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

relief, along with a motion to withdraw as counsel of record. We have provided Weeks the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**